UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SERGIO GODINES and other similarly situated
individuals,

                    Plaintiff,

-vs-                                    Case No.  2:08-cv-202-FtM-34SPC

JUNIPER LANDSCAPING, INC.; MICHAEL P.
DUKE,

                    Defendants.
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on the Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice (Doc. #19) filed on May 23, 2008.  This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.*  The Parties have reached a settlement agreement and seek court approval of that agreement.  In <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  In the Joint Motion for Approval submitted by the Parties, (Doc. # 35), the Parties provide that the Defendants will pay 100% of the Plaintiff's agreed upon settlement sum plus attorney's fees.

In the Joint Motion for Approval submitted by the Parties (Doc. #19), the Plaintiff originally claimed that his estimate of unpaid wages was $16, 560.00 in unpaid overtime wages plus liquidated damages of $16,560.00, for a total of $33,120.00.  After a thorough review of the information before the parties, a compromise was reached  and the Plaintiff agreed to accept $20,000.00 in settlement of his claim for lost unpaid wages including attorney's fees and costs.  As per the agreement, the Plaintiff will be paid $6,500.00 in back wages and $6,500.00 in liquidated damages for a total of $13,000.00.  The remaining $7,000.00 will be paid to the Saenz Law Firm, P.A., for Plaintiff's attorney's fees and costs.

Upon review of the settlement agreement, the Court concludes the settlement was entered into knowingly and voluntarily after the Plaintiff had the opportunity to fully discuss it with his attorney. All parties are in accord with the agreement and have demonstrated their consent by signing the proposed settlement agreement.  Therefore, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice (Doc. #19) should be **GRANTED**, and the settlement agreement should be **APPROVED** by the District Court.  It is further respectfully recommended the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

**Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.**

**Respectfully recommended** at Fort Myers, Florida, this ___24th___ day of June, 2008.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record