```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

SERGIO GODINES and other similarly
situated individuals,

                Plaintiff,

vs.                                    Case No.   2:08-cv-202-FtM-99SPC

JUNIPER LANDSCAPING, INC.; MICHAEL
P. DUKE,

                Defendants.
_____

**OPINION AND ORDER**

    This matter is before the Court on review of the file. On June 24, 2008, the Magistrate Judge issued a Report and Recommendation (Doc. #23) recommending that the parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. #19) be granted, the settlement agreement be approved, and the case be dismissed with prejudice and closed. On August 1, 2008, finding no objections and upon review, the Honorable Marcia Morales Howard issued an Order (Doc. #24) recommitting the matter to the Magistrate Judge to issue a supplemental report and recommendation regarding the attorney's fees to be paid to plaintiff's counsel. On August 1, 2008, plaintiff filed a Notice of Filing Affidavit of Attorney's Fees and Costs in Support of Joint Motion to Approve Settlement and Dismiss Action With Prejudice (Doc.#25) specifying the hours expended and describing the existence of a contingency fee agreement. Based on

this filing, the Court will vacate the recommittal and review the Report and Recommendation as supplemented by the Notice of Filing Affidavit of Attorney's Fees and Costs (Doc.#25).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, as supplemented by the Notice of Filing Affidavit of Attorney's Fees and Costs (Doc.#25), the Court accepts the Report and Recommendation of the magistrate judge and finds that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED:**

1. The August 1, 2008 Order (Doc. #24) recommitting the case to the Magistrate Judge is **vacated.**

2. The Report and Recommendation (Doc. #23) is hereby **adopted** and incorporated herein.

3. The parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. #19) is **GRANTED** and the attached Confidential Settlement Agreement, Waiver, and General Release (Doc. #19-2) is approved as fair and reasonable.

4. The Clerk shall enter judgment dismissing the case with prejudice except as provided by the Confidential Settlement Agreement, Waiver, and General Release. The Clerk is further directed to terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of September, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties