UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SERGIO GODINES, and other similarly
situated individuals

         Plaintiff,

v.                                                                      Case No:   2:08-cv-202-FtM-99SPC

JUNIPER LANDSCAPING, INC. and
MICHAEL P. DUKE,

         Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the parties' Joint Petition to Mark Judgment as Satisfied and for Dismissal With Prejudice ("Petition") (Doc. #29) filed on December 15, 2016.  The parties state that they have settled this matter and request that the Court mark the judgment entered on September 12, 2008 (Doc. #28) as satisfied and dismiss this action with prejudice.   As the Court already approved the parties' Confidential Settlement Agreement, Waiver, and General Release on September 11, 2008 and dismissed this action with prejudice (Doc. #27), which was entered by the Clerk on September 12, 2008 (Doc. #28), the request to dismiss this action with prejudice is denied.  With regard to the request to mark the judgment as satisfied, pursuant to Federal Rule of Civil Procedure 60(b)(5), upon motion and just terms, the Court may relieve a

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

party or its legal representative from a final judgment, order, or proceeding if the judgment has been satisfied.  Here, the parties have not filed a motion requesting such relief and the Court declines to construe the Petition as a motion as it does not comply with Local Rule 3.01(a), which requires a movant to include a statement of the relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request.

Accordingly, it is now

**ORDERED:**

The Joint Petition to Mark Judgment as Satisfied and for Dismissal With Prejudice is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of December, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record